IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT FREEMAN, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0266 |
| | ) | Judge Sharp |
| SONYA TROUTT, et al., | ) | Magistrate Judge Knowles |
| | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

It is hereby **ORDERED** that this case is set for a jury trial on May 20, 2014, at 9:00 a.m. It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

_____
KEVIN H. SHARP
U.S. District Judge