UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT FREEMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:12-cv-00266 |
| v. ) | |
| ) | Judge Sharp |
| SONYA TROUTT, *et al.*, ) | Magistrate Judge Knowles |
| ) | |
| Defendants. ) | |

# ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R"), recommending *Defendants Sonya Troutt and Sonny Weatherford's Motion for Summary Judgment against Plaintiff LaBron Luke* (Docket Entry No. 115) be granted. No objections to the R & R have been filed and, having undertaken the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the Magistrate Judge's analysis and recommendation.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 119) is hereby ACCEPTED and APPROVED;

(2) *Defendants Sonya Troutt and Sonny Weatherford's Motion for Summary Judgment against Plaintiff LaBron Luke* (Docket Entry No. 115) is hereby GRANTED; and

(3) Plaintiff LaBron Luke's claim is hereby DISMISSED WITH PREJUDICE.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE