# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **ROBERT FREEMAN**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:12-cv-00266 |
| v. ) | |
| ) | Judge Sharp |
| **SONYA TROUTT**, *et al.*, ) | Magistrate Judge Knowles |
| ) | |
| Defendants. ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R"), recommending *Defendants Trout and Weatherford's Motion to Dismiss for Plaintiffs Robert Freeman, Johnny Davis and Billy Dishman's Failure to Serve Answers to Discovery* (Docket Entry No. 112) be granted. Specifically, the Magistrate Judge concluded,

> A review of the record in this case reveals that Plaintiffs have failed to comply with this Court's Scheduling Order, and have failed to prosecute their claims. Moreover, Defendants cannot defend themselves against Plaintiffs' claims absent discovery. Accordingly, the undersigned recommends that the instant Motion be GRANTED.

No objections to the R & R have been filed. Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 124) is hereby ACCEPTED and APPROVED;

(2) *Defendants Trout and Weatherford's Motion to Dismiss for Plaintiffs Robert Freeman, Johnny Davis and Billy Dishman's Failure to Serve Answers to Discovery* (Docket Entry No. 112) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE